IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH WOLL,  :
    Plaintiff  :  No. 3:15-CV-2238

v.  :  (Judge Nealon)

  :

CAROLYN W. COLVIN,  :  (Magistrate Judge Saporito, Jr.)
Acting Commissioner of Social Security,  :
    Defendant  :

## ORDER

**AND NOW, THIS 28TH DAY OF FEBRUARY, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 18), is **ADOPTED**;

2. Plaintiff's objections, (Doc. 19), are **OVERRULED**;

3. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

4. The Commissioner's decision denying Plaintiff Keith Woll disability insurance benefits and supplemental security income is **AFFIRMED**;

5. Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

6. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**